# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2020

161539 & (12)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TOBY JACQUETT WOODS,
       Defendant-Appellant.

SC: 161539
COA: 353483
Oakland CC: 19-270971-FH

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 19, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2020



t0707

Clerk